# EXHIBIT 3



***Delivery Service Invoice***

| | |
|---|---|
| Invoice date | **October 26, 2013** |
| Invoice number | 0000E20F96433 |
| Shipper number | E20F96 |
| Control ID | **** |
| Page | 1 of 7 |

0740A0000E20F969

> **Sign up for electronic billing today!**
> **Visit ups.com/billing**

**For questions about your invoice, call:**
**(800) 811-1648**
**Monday - Friday**
**8:00 a.m. - 9:00 p.m. E.T.**

or write:
**UPS**
**P.O. Box 7247-0244**
**Philadelphia, PA 19170-0001**

REPROTECH
4661 JOHNSON RD RM 2
COCONUT CREEK, FL 33073-4363

### *Incentive Savings*

| | |
|---|---|
| **Total incentive savings this period** | **$ 325.54** |

Your amount due this period includes these savings.
**See incentive summary section for details.**

### *Account Status Summary*
### *Weekly Payment Plan*

| | |
|---|---|
| **Amount Due This Period** | **$ 256.55** |
| **Amount Outstanding (prior invoices)** | **$ 0.00** |
| **Total Amount Outstanding** | **$ 256.55** |

### Paying too much to accept credit cards?

Have you heard about the UPS Capital Merchant Services program? Our best-in-class credit card processing features great rates, next day funding and mobile payment options. For details, visit **upscapital.com/merchantservices** or call **1-855-597-4387**. We also offer sign-up incentives of up to $1,500 and don't forget about the Meet or Beat Rate Guarantee available through UPS Capital Merchant Services.

***Thank you for using UPS.***
### Summary of Charges

| Page | | Charge |
|---|---|---|
| | **Outbound** | |
| 4 | UPS Internet Shipping | $ 70.73 |
| | **Inbound** | |
| 5 | UPS Returns | $ 145.98 |
| 6 | **Adjustments & Other Charges** | $ 29.84 |
| | **Service Charges** | $ 10.00 |
| **Amount due this period** | | **$ 256.55** |

**UPS payment terms require payment of this bill by November 4, 2013.**

**Payments not received by November 18, 2013 are subject to a late fee of 6% of the Amount Due This Period. (Details in UPS Tariff, available at ups.com)**

***Note: This invoice may contain a fuel surcharge as described at ups.com. The published fuel surcharge is 7.0% for UPS Ground Services and 11.0% for UPS Air Services, UPS 3 Day Select, and International services. For more information, visit ups.com.***

- - - - - - - - - - - - Please tear off and send with your payment in the enclosed envelope. **Do not use staples or paper clips.** - - - - -



*Return Portion*

| | |
|---|---|
| **Invoice Date** | **October 26, 2013** |
| **Invoice Number** | **0000E20F96433** |
| **Shipper Number** | **E20F96** |

REPROTECH
4661 JOHNSON RD RM 2
COCONUT CREEK, FL 33073-4363

| | |
|---|---|
| **Amount due this period** | **$ 256.55** |
| Amount enclosed | |

☐ If this billing address is incorrect, mark an "X" in this box and make the appropriate changes above.

**UPS**
**P.O.BOX 7247-0244**
**PHILADELPHIA, PA 19170-0001**

E20F96  0  102613  0740  1  00000256550  6



**Incentives**

**Outbound**

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Next Day Air Commercial Letter** | **10/26/2013** | | **GJVU813** |
| Electronic Processed Tier | 1 | 19.25 | -10.40 |

Tier incentive based on an average weekly revenue of $6,258.80 for W/E: 06/29/2013 - W/E: 10/19/2013.

| | | | |
|---|---|---|---|
| **Fuel Surcharge** | **10/26/2013** | | |
| | | | -9.57 |
| **Additional Handling** | **10/26/2013** | | **GBCO796** |
| Basic | 1 | 8.50 | -4.25 |
| **Next Day Air Commercial Package** | **10/26/2013** | | **GJVU805** |
| Electronic Processed Tier | 2 | 127.60 | -76.56 |

Tier incentive based on an average weekly revenue of $6,258.80 for W/E: 06/29/2013 - W/E: 10/19/2013.

| | | | |
|---|---|---|---|
| **Total Outbound** | | | **-100.78** |

**Incentives**

**Inbound**

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Fuel Surcharge** | **10/26/2013** | | |
| | | | -21.48 |

**Incentives**

**Inbound**

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Returns Next Day Air Commercial Package** | **10/26/2013** | | **GJVU805** |
| Electronic Processed Tier | 3 | 325.40 | -195.24 |

Tier incentive based on an average weekly revenue of $6,258.80 for W/E: 06/29/2013 - W/E: 10/19/2013.

| | | | |
|---|---|---|---|
| **Total Inbound** | | | **-216.72** |

**Incentives**

**Adjustments & Other Charges**

| Service | Date | | Incentive Plan |
|---|---|---|---|
| Incentive Level | Count | Published Charges | Incentive Credit |
| **Fuel Surcharge** | **10/26/2013** | | |
| | | | -0.54 |
| **Air Returns/ImCtrl Same Day Phone** | **10/26/2013** | | **GBCS673** |
| Basic | 3 | 19.50 | -7.50 |

| | | | |
|---|---|---|---|
| **Total Adjustments & Other Charges** | | | **-8.04** |
| **Total Incentives** | | | **-325.54** |



**Account Status**
**Weekly Payment Plan**

**Payments Applied**

| Invoice Number | Invoice Date | Amount Paid |
|---|---|---|
| 0000E20F96393 | 09/28/2013 | $ 428.04 |
| 0000E20F96403 | 10/05/2013 | $ 354.09 |
| 0000E20F96413 | 10/12/2013 | $ 355.13 |
| 0000E20F96423 | 10/19/2013 | $ 325.30 |



*Delivery Service Invoice*

| Invoice date | **October 26, 2013** |
|---|---|
| Invoice number | 0000E20F96433 |
| Shipper number | E20F96 |

Page 4 of 7

## Outbound

### UPS Internet Shipping



| Pickup Date | Tracking Number | Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|---|
| 10/21 | ██████████ | Next Day Air Commercial | 33458 | 102 | 32 | 63.80 | -38.28 | 25.52 |
| | | Customer entered weight | | | 27 | | | |
| | | Fuel Surcharge | | | | 7.02 | -4.21 | 2.81 |
| | | Customer Entered Dimensions = 23 x 15 x 15 in | | | | | | |
| | | **Total** | | | | 70.82 | -42.49 | 28.33 |
| | **UserID :** ████ | | | | | | | |
| | **Sender :** ████ | | | | | | | |
| | **Message Codes : r** | | | | | | | |
| 10/24 | ██████████ | Next Day Air Commercial | 34957 | 102 | 32 | 63.80 | -38.28 | 25.52 |
| | | Customer entered weight | | | 27 | | | |
| | | Additional Handling | | | | 8.50 | -4.25 | 4.25 |
| | | Fuel Surcharge | | | | 7.02 | -4.21 | 2.81 |
| | | Customer Entered Dimensions = 23 x 15 x 15 in | | | | | | |
| | | **Total** | | | | 79.32 | -46.74 | 32.58 |
| | **1st ref :** ████ | | | | | | | |
| | **Sender :** ████ | | | | | | | |
| | **Message Codes : r** | | | | | | | |
| | ██████████ | Next Day Air Commercial Letter | 33458 | 102 | Letter | 19.25 | -10.40 | 8.85 |
| | | Fuel Surcharge | | | | 2.12 | -1.15 | 0.97 |
| | | **Total** | | | | 21.37 | -11.55 | 9.82 |
| | **UserID :** ████ | | | | | | | |
| | **Sender :** ████ | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Total for Internet-ID:** ReproTechFL | | | | 171.51 | -100.78 | 70.73 |
| **Total UPS Internet Shipping** | | 3 **Package(s)** | | 171.51 | -100.78 | 70.73 |
| **Total Outbound** | | 3 **Package(s)** | | 171.51 | -100.78 | 70.73 |



### *Delivery Service Invoice*
Invoice date    **October 26, 2013**
Invoice number    0000E20F96433
Shipper number    E20F96

Page 5 of 7

## Inbound
### UPS Returns
**Transportation**

| Returned Date | Tracking Number | Service | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|
| 10/21 | ▮▮▮ | Returns Next Day Air Commercial | 102 | 37 | 71.45 | -42.87 | 28.58 |
| | | Customer entered weight | | 27 | | | |
| | | Fuel Surcharge | | | 7.86 | -4.72 | 3.14 |
| | | **Total** | | | 79.31 | -47.59 | 31.72 |

**1st ref:** F-9767

▮▮▮     **Shipped From:** ▮▮▮

**Returned To:** ▮▮▮

**Message Codes : r**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 10/22 | 1ZE20F968491019490 | Returns Next Day Air Commercial | 102 | 32 | 63.80 | -38.28 | 25.52 |
| | | Customer entered weight | | 27 | | | |
| | | Fuel Surcharge | | | 7.02 | -4.21 | 2.81 |
| | | **Total** | | | 70.82 | -42.49 | 28.33 |

**Requested By:**
REPROTECH
4661 JOHNSON RD
COCONUT CREEK FL 33073

**Shipped From:** Connie Ortiz
SFIRM-Jupiter
345 JUPITER LAKES BLVD STE 102
JUPITER FL 33458

**Returned To:** Heather Cummins
ReproTech, Ltd.
4661 JOHNSON RD
COCONUT CREEK FL 33073

**Message Codes : r**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | Returns Next Day Air Commercial | 105 | 37 | 190.15 | -114.09 | 76.06 |
| | | Customer entered weight | | 27 | | | |
| | | Fuel Surcharge | | | 20.92 | -12.55 | 8.37 |
| | | **Total** | | | 211.07 | -126.64 | 84.43 |

**1st ref:** F-9765

▮▮▮     **Shipped From:** ▮▮▮

**Returned To:** ▮▮▮

**Message Codes : r**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total UPS Returns Transportation** | | | 3 **Package(s)** | | 361.20 | -216.72 | 144.48 |



***Delivery Service Invoice***

| | |
|---|---|
| Invoice date | **October 26, 2013** |
| Invoice number | 0000E20F96433 |
| Shipper number | E20F96 |

## Inbound
### UPS Returns
#### Label Surcharge

| Requested Date | Tracking Number | Service | Zone | Weight | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|---|
| 10/21 | 1ZE20F968491019490 | Print Label | | | 0.50 | | 0.50 |

Requested By:
REPROTECH
4661 JOHNSON RD
COCONUT CREEK FL 33073

Shipped From: Connie Ortiz
SFIRM-Jupiter
345 JUPITER LAKES BLVD STE 102
JUPITER FL 33458

Returned To: Heather Cummins
ReproTech, Ltd.
4661 JOHNSON RD
COCONUT CREEK FL 33073



| 10/24 | | Print Label | | | 0.50 | | 0.50 |
|---|---|---|---|---|---|---|---|

Returned To:

| | | Print Label | | | 0.50 | | 0.50 |
|---|---|---|---|---|---|---|---|

1st ref: F-9767

Requested By:                Shipped From

Returned To:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Total UPS Returns Label Surcharge** | | | 3 **Label(s)** | | 1.50 | | 1.50 |
| **Total UPS Returns** | | | 6 **Package(s)** | | 362.70 | -216.72 | 145.98 |
| **Total Inbound** | | | 6 **Package(s)** | | 362.70 | -216.72 | 145.98 |

## Adjustments & Other Charges

**Shipping Charge Corrections**    Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | | Ground | 33073 | 3 | | 8.50 | -4.25 | 4.25 | 4.25 |

1st ref: F-9951

Sender :                Receiver:

| 10/21 | | Next Day Air | 33458 | 102 | | 8.50 | -4.25 | 4.25 | 4.25 |
|---|---|---|---|---|---|---|---|---|---|

Additional Handling - Not encased in cardboard

Sender :                Receiver:

| | | Next Day Air | 33073 | 102 | | 8.50 | -4.25 | 4.25 | 4.25 |
|---|---|---|---|---|---|---|---|---|---|

1st ref: F-9767



## Adjustments & Other Charges

**Shipping Charge Corrections (continued)** Learn how to avoid future shipping charge corrections. Visit www.ups.com/avoidcharges.

| Pickup Date | Tracking Number | Original Service/ Corrected Service | ZIP Code | Zone | Weight | Published Charge | Incentive Credit | Billed Charge | Adjustment Amount |
|---|---|---|---|---|---|---|---|---|---|
| 10/22 | ■■■■■■ | Next Day Air | 33073 | 105 | ■■■■ | 8.50 | -4.25 | 4.25 | 4.25 |
| | **1st ref:** F-9765 | | | | | | **Receiver:** | | |

| **Total Shipping Charge Corrections** | | | 4 **Package(s)** | | | | | | 17.00 |
|---|---|---|---|---|---|---|---|---|---|

### On-Call Pickup Requests

| Date | Date of Request | Pickup Request No. | Service | Published Charge | Incentive Credit | Billed Charge |
|---|---|---|---|---|---|---|
| 10/21 | 10/21 | ■■■■■ | Air Returns/ImCtrl Same Day Phone | 6.50 | -2.50 | 4.00 |
| | | | Fuel Surcharge | 0.46 | -0.18 | 0.28 |
| | | | **Total** | 6.96 | -2.68 | 4.28 |
| | **1st ref:** F-9767 | | | | | |
| | | **Pickup Address:** | | | | |
| 10/22 | 10/22 | 293A53BQ97N | Air Returns/ImCtrl Same Day Phone | 6.50 | -2.50 | 4.00 |
| | | | Fuel Surcharge | 0.46 | -0.18 | 0.28 |
| | | | **Total** | 6.96 | -2.68 | 4.28 |
| | **1st ref:** F-9765 | | | | | |
| | | **Pickup Address:** | | | | |
| | | 293A54668Q8 | Air Returns/ImCtrl Same Day Phone | 6.50 | -2.50 | 4.00 |
| | | | Fuel Surcharge | 0.46 | -0.18 | 0.28 |
| | | | **Total** | 6.96 | -2.68 | 4.28 |

**Tracking No.:** 1ZE20F968491019490
**Pickup Address:** JENN DEMEGLIO
SOUTH FLORIDA INSTITUTE FOR
345 JUPITER LAKES BLVD STE 102
JUPITER FL 33458

| **Total On-Call Pickup Requests** | 3 **Request(s)** | 20.88 | -8.04 | 12.84 |
|---|---|---|---|---|
| **Total Adjustments & Other Charges** | | | | 29.84 |

### Invoice Messaging

| Code | Message |
|---|---|
| r | Dimensional weight applied |